to William Don, but, on the contrary, intended it to be devoted to charitable purposes; that failing to effectually carry out his clear intent, it is as though he died intestate, for the law ignores the illegal and unenforcible trust attempted to be created, and the will by operation of law passes the estate to the heirs and next of kin of the testator.

LENA SOLOMITZ, as Administratrix, etc., of HYMAN SOLOMITZ, Deceased, Respondent, v. WILLIAM STEINBERG, Appellant, Impleaded, etc.— Order modified by denying the motion in so far as it ordered the examination of the individual defendant Steinberg before trial, upon the ground that notice of motion for the examination was not served upon the codefendant as required by section 292 of the Civil Practice Act; and as so modified affirmed, without costs. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JOSEPH WIESENFELDER v. 358 WEST END AVENUE CORPORATION and Others, Defendants, Impleaded with LOUIS BLOCH.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant serve the record on appeal on or before February 6, 1929, and procure the said appeal to be argued or submitted on February 15, 1929. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley JJ.

JOSEPH WIESENFELDER v. 358 WEST END AVENUE CORPORATION, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant serve the record on appeal on or before February 6, 1929, and procure the said appeal to be argued or submitted on February 15, 1929. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

GEORGE B. HOFMANN v. EMILIO DI BIANCO, Impleaded, etc. JOSEPH J. LANN and Another v. EMILIO DI BIANCO.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on appeal and appellant's points to be filed so appeal can be argued on February 15, 1929. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. NATE WEINZIMMER.— Motion granted so far as to enlarge the time of the appellant within which to bring on appeal for argument, on condition that the appellant procure the record on appeal and the appellant's points to be filed on or before March 18, 1929, with notice of argument for April 9, 1929. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

AURORA PLASTERING CO., INC., v. SAMUEL WEINBERGER.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HENRY A. SCHNEIDER, INC., Appellant, v. F. L. ASTE CO., INC., and Another, Respondents.— Appeal dismissed, with ten dollars costs and disbursements, and the order of this court entered January 11, 1929, granting injunction pending determination of appeal, vacated. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ESTHER KAUFMAN and Another, Respondents, v. LOUIS RAIMIST, as Treasurer and Secretary of Bakery and Confectionery Workers International Union, Local 500, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

CHARLES H. MCCARTHY, Appellant, v. BANQUE DE COMMERCE DE L'AZOFF DON, Defendant, and CHARLES W. CULKIN, as Sheriff of New York County, and